# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: **1:14-cv-04707**
Date Filed:

Plaintiff(s):
**JESSICA VIZER**
vs
Defendant(s):
**ARM WNY, LLC, et al**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**ANGENETTE BACON-RAFFERTY,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **6/27/2014** at **01:17 PM**, deponent served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT** on **ARM WNY, LLC** at **200 JOHN JAMES AUDUBON PARKWAY, SUITE 300, AMHERST, NY 14228** in the manner indicated below:

By delivering a true copy of each to and leaving with **DOMENICO D'ANGELO, MANAGER** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: **MALE**    Race/Skin: **CAUCASIAN**    Age: **18 - 35 Yrs.**    Weight: **161-200 Lbs.**    Height: **5' 9" - 6' 0"**    Hair: **BLACK**
Other:

Served at following GPS coordinates, Lat: 43.01405 Long: -78.77999

Subscribed and Sworn to before me on 07/01/2014.

Nichole S. Cotton
Notary Public, State of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires 11/18/2017

X ANGENETTE BACON-RAFFERTY

Job #: 27097