# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: **1:14-cv-04707**
Date Filed:

Plaintiff(s):
**JESSICA VIZER**
vs
Defendant(s):
**ARM WNY, LLC, et al**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**ANGENETTE BACON-RAFFERTY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of **New York**.

On 6/27/2014 at 01:22 PM, deponent served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT** on **DOMENICO D'ANGELO** at **200 JOHN JAMES AUDUBON PARKWAY, SUITE 300, AMHERST, NY 14228** in the manner indicated below:

**INDIVIDUAL**: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

**Description:**
Gender: **MALE**    Race/Skin: **CAUCASIAN**    Age: **18 - 35 Yrs.**    Weight: **161-200 Lbs.**    Height: **5' 9" - 6' 0"**    Hair: **BLACK**
Other:

Served at following GPS coordinates, Lat: 43.00889 Long: -78.75134

Subscribed and Sworn to before me on 07/01/2014.

Nichole S. Cotton
Notary Public, State of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires 11/18/2017

X ANGENETTE BACON-RAFFERTY

Job #: 27098