**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jessica Vizer, <br><br> Plaintiff, <br><br> v. <br><br> ARM WNY, LLC, <br><br> Defendants. | Case No. 1:14-cv-04707 <br><br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                          RESPECTFULLY SUBMITTED,

                          Meier LLC

                          By: */s/ Richard J. Meier*
                              Richard J. Meier, Esq.
                              53 W. Jackson Blvd, Suite 304
                              Chicago, IL 60604
                              Tel: 312-242-1849
                              Fax: 312-242-1841
                              richard@meierllc.com
                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 10, 2014, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

David E. Gutowski, Esq.
zdarsky, Sawicki & Agostinelli, LLP
404 Cathedral Place
298 Main Street
Buffalo, New York 14202

/s/ Richard J. Meier